IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION


FILED
APR 10 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:25-MJ-24 |
| | ) (Misdemeanor) |
| MUNIR D. GHARBHARAN | ) VA 19 |
| | ) |
| | ) Court Date: April 11, 2025 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)  Ticket No. E2274765

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 6, 2025, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, MUNIR D. GHARBHARAN, did knowingly and unlawfully operate a motor vehicle while under the influence of alcohol, with a blood alcohol level greater than .08 grams and less than .14 grams of alcohol per 210 liters of breath, to wit: with a blood alcohol level of .13 grams of alcohol per 210 liters of breath. In violation of Title 18, United States Code, Sections 7 & 13 assimilating

the Code of Virginia, Sections 18.2-266 and 270 (A.)

                              ERIK S. SIEBERT
                              UNITED STATES ATTORNEY

By: _____

                              GREGORY M. GOUJON
                              Attorney for the Government
                              United States Attorney's Office
                              2115 Pershing Avenue
                              Fort Eustis, Virginia 23604
                              Phone: (757) 878-9115
                              Fax: (757) 878-3442
                              Gregory.m.goujon.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on ___Apr 10___, 2025, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant MUNIR D. GHARBHARAN.

*[signature]*

GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-9115
Fax: (757) 878-3442
Gregory.m.goujon.mil@army.mil